# United States Bankruptcy Court
## Southern District of New York

In re: __Jeffrey Stuart Niedelman__                              Case No.: __10-24453 (RDD)__
                                                                  Chapter: __13__
         Debtor

Address: __15 Laurel Road__
         __New City, NY 10956__
Employer's Tax Identification (EIN) No(s).: _____
Last four digits of Social Security No(s). : __xxx-xx-7242__

## NOTICE OF MOTION

Please take notice that on **February 16, 2011** at **10:00 a**.m., I shall appear in the U.S. Bankruptcy Court for the __Southern District of New York 10601__ at the 300 Quarropas St., White Plains, NY before the Honorable Judge Robert D. Drain in Courtroom _____ and there present the following motion:

**Voluntary Withdrawal and Dismissal of a Chapter 13 Bankruptcy Petition Without Prejudice**

Date __January 10, 2011__                Signature __/s/ Scott B. Ugell__
                                         Name      **Scott B. Ugell**
                                         Address   **Ugell Law Firm, P.C.**
                                                   **24 South Main Street**
                                                   **Suite 100**
                                                   **New City, NY 10956**